**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01752-CV

**LEN-MAC DEVELOPMENT CORPORATION, Appellant**

**V.**

**WEEKLEY HOMES, L.P. D/B/A DAVID WEEKLEY HOMES, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-01696-B**

## ORDER

We **GRANT** the March 3, 2014 motion of Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before **MARCH 31, 2014**.

/s/      ADA BROWN
            JUSTICE